UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. MAY,<br><br>　　　　　Defendant. | No. 1:14-cv-01984-DAD-DLB (PC)<br><br>ORDER DIRECING CLERK OF COURT TO CLOSE ACTION PURSUANT TO STIPULATION OF DISMISSAL<br><br>(Doc. No. 15) |

　　　　Plaintiff Vernon Walker is a prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The action is proceeding against defendant D. May.  On March 22, 2016, the parties filed a stipulation for voluntary dismissal of the action, with prejudice.  (Doc. No. 15.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is dismissed with prejudice and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:　__**March 24, 2016**__　　　　　　　　　__/s/ Dale A. Drozd__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1